IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LAUREN TENZIN JAMES**,
on behalf of himself and his next friend, **D.J.**, a minor,

    Plaintiffs,

v.                                                                  21-CV-00794-KG-LF

**UNITED STATES OF AMERICA,**
on behalf of its agency, Department of Interior,
Bureau of Indian Affairs, Division of Corrections,
**JUWAN LAKOTA**,
in his Individual and Official Capacity,
**NIKKI LOWE,**
in her Individual and Official Capacity,
**DEAN OWEN**,
in his Individual and Official Capacity,

AND

**KEWA PUEBLO**, a/k/a/ the Pueblo of Santo Domingo,
A Federally-Recognized Tribe,
**JOE M. AGUILAR**, Former Governor, Kewa Pueblo,
in his Individual and Official Capacity,
**IVAN GARCIA**, Former Lieutenant Governor, Kewa Pueblo,
in his Individual and Official Capacity,

AND

**BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF SANDOVAL, SANDOVAL
COUNTY DETENSION CENTER**, and **GILBERT ARMENDARIZ**,
in his individual and official capacities as the Director of the
Sandoval County Detention Center,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT UNITED STATES' MOTION TO DISMISS

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Extension of Time to File Response to Defendant United States' Motion to Dismiss (Doc. 51). The Court, having reviewed the motion and being otherwise fully and sufficiently advised FINDS that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the deadline for filing the Response to County Defendants' Motion to Dismiss in this matter is extended to April 4, 2022.

_____
UNITED STATES DISTRICT JUDGE


Submitted and approved by:

*/s/ Britany Schaffer*
Attorney for Plaintiff


*Approved by email on 03/03/21*
Christine Lyman
Assistant United States Attorney