IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN TENZIN JAMES,
on behalf of himself and his next friend, D.J., a minor,

    Plaintiffs,

v.                                                                                 21-CV-00794-KG-LF

UNITED STATES OF AMERICA,
on behalf of its agency, Department of Interior,
Bureau of Indian Affairs, Division of Corrections,
JUWAN LAKOTA,
in his Individual and Official Capacity,
NIKKI LOWE,
in her Individual and Official Capacity,
DEAN OWEN,
in his Individual and Official Capacity,

AND

KEWA PUEBLO, a/k/a/ the Pueblo of Santo Domingo,
A Federally-Recognized Tribe,
JOE M. AGUILAR, Former Governor, Kewa Pueblo,
in his Individual and Official Capacity,
IVAN GARCIA, Former Lieutenant Governor, Kewa Pueblo,
in his Individual and Official Capacity,

AND

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF SANDOVAL, SANDOVAL
COUNTY DETENSION CENTER, and GILBERT ARMENDARIZ,
in his individual and official capacities as the Director of the
Sandoval County Detention Center,

    Defendants.

ORDER GRANTING MOTION TO STAY PROCEEDINGS

THIS MATTER is before the Court on Plaintiff's Stipulated Motion to Stay Proceedings hereby finds the motion well-taken.

IT IS THEREFORE ORDERED that the proceedings are stayed for a period of 90 days.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

*/s/ Britany Schaffer*
Attorney for Plaintiff


*Approved by email on 04/04/22*
Christine Lyman
Assistant United States Attorney