IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAUREN TENZIN JAMES,
on behalf of himself and his next friend, D.J., a minor,

    Plaintiffs,

v.                                                                                                                                                                         No. 21-CV-00794-KG-LF

UNITED STATES OF AMERICA,
on behalf of its agency, Department of Interior,
Bureau of Indian Affairs, Division of Corrections,
JUWAN LAKOTA,
in his Individual and Official Capacity,
NIKKI LOWE,
in her Individual and Official Capacity,
DEAN OWEN,
in his Individual and Official Capacity,

AND

KEWA PUEBLO, a/k/a/ the Pueblo of Santo Domingo,
A Federally-Recognized Tribe,
JOE M. AGUILAR, Former Governor, Kewa Pueblo,
in his Individual and Official Capacity,
IVAN GARCIA, Former Lieutenant Governor, Kewa Pueblo,
in his Individual and Official Capacity,

AND

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTYOF SANDOVAL, and GILBERT
ARMENDARIZ, in his individual and official
capacities as the Director of the Sandoval County
Detention Center,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter is before the Court upon its own review of the record. The Court notes that a previously imposed stay, implemented to allow for settlement negotiations, was lifted on July 5,

2022. The Court further notes that Plaintiff Lauren Tenzin James is yet to respond to the pending Motions to Dismiss (Docs. 51, 52, 53).

Therefore, it is hereby ordered that the parties meet and confer and then file a Joint Status Report no later than August 11, 2022, addressing the current posture of the case and whether a further stay is necessary.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE